UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CARNEGIE REALTY PARTNERS LLC § Case No. 07-21626
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/13/2011 in Courtroom 744,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/10/2011          By: /s/ Barry A. Chatz, Trustee


BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606-0000

UST Form 101-7-NFR (10/1/2010) (Page: 1)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 07-21626-ERW
Carnegie Realty Partners, LLC                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhatch              Page 1 of 1              Date Rcvd: Nov 02, 2011
                              Form ID: pdf006           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2011.

```
db         +Carnegie Realty Partners, LLC,    318 W. Adams,    18th Floor,    Chicago, IL 60606-5111
11756519   +CBRE TS,    P.O. Box 4903,    Trenton, NJ 08650-4903
12064205   +Card LLC,    C/O John Thomas,    318 W Adams 18th Fl,    Chicago ,IL 60606-5111
12053202   +Carnegie Realty Partners LLC,    Florida Power & Light Company,    Po Box 025209,
             Miami , FL 33102-5209
11756520   +Chem Treat, Inc.,    4461 Cox Road,    Glen Allen, VA 23060-6169
11756521   +Chem-Aqua,    23261 Network Place,    Chicago, IL 60673-1232
11756522   +Cintas,    P.O. Box 5,    Bedford Park, IL 60499-0005
11756523    Copycat Document Solutions,    200 SE First Street,    Suite 101,    Fort Lauderdale, FL 33313
11756524   +Duke Energy,    P.O. Box 9001076,    Louisville, KY 40290-1076
11943861   +Duke Energy/Ohio,    Mary Taylor,    Duke Energy,    Po Box 960 EF 367,    Cincinnati , OH 45201-0960
11756525   +Federal Express,    P.O. Box 94515,    Palatine, IL 60094-4515
11830687   +Fedex Customer Information Service,    Attn: Revenue Recovery/Bankruptcy,
             2005 Corporate Avenue, 2nd Floor,    Memphis , TN 38132-1702
11756527   +Fort Dearborn Life Insurance,    P.O. Box 025576,    Miami, FL 33102-5576
12064212   +John Thomas,    318 W. Adams 18TH FL,    Chicago , IL 60606-5131
12060903   +Kone Inc,    Attn: Brian Stell,    One Kone Court,    Moline , IL 61265-1380
11756528   +Kone, Inc.,    36788 Eagle Way,    Chicago, IL 60678-1367
11756529   +Levenfeld Pearlstein,    P.O. Box 429,    Moline, IL 61266-0429
12064201   +Morgan Street Properties,    C/O John Thomas,    318 W. Adams 18th Fl,    Chicago , IL 60606-5111
11756530   +North American,    2 N. LaSalle Street,    Suite 1300,    Chicago, IL 60602-3709
11756531   +Nu-Art Signs,    2101 Claire Court,    Glenview, IL 60025-7634
12064209   +Ocean Blue Lean Hold Property LLC,    200 S.E. 1st Street Suite 504,    Miami , FL 33131-1906
11790386    Roto - Rooter,    1212 16TH Street,    Miami Beach , FL 33139
11756532   +Roto-Rooter,    400 Greenlan Avenue,    Columbus, OH 43223-2611
12064236   +Sterling Phoenix Dev. VI,    C/O John Thomas,    318 W Adams 18th Fl,    Chicago , IL 60606-5111
11756533    Strategic Energy,    Two Gateway Center,    10th Floor,    Pittsburgh, PA 15222
11756534   +T-Mobile,    5672 Collections Center Drive,    Chicago, IL 60693-0056
11756535   +Worly Plumbing Supply,    P.O. Box 742596,    Cincinnati, OH 45274-2596
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
11756518   +Fax: 312-738-4628 Nov 03 2011 02:14:16     Bright Electrical Supply,    217 N. Western Avenue,
             Chicago, IL 60612-2223
11756526   +E-mail/Text: Bankruptcy@fpl.com Nov 03 2011 01:49:23      Florida Power and Light,
             P.O. Box 025576,    Miami, FL 33102-5576
                                                                                             TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11790382*    +Fort Dearborn Life Insurance,    Po Box 025576,    Miami , FL 33102-5576
13752671   ##+Fifth Third Bank,    222 S. Riverside,    Chicago, IL 60606-5808
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2011**          **Signature:** *Joseph Speetjens*