# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CARNEGIE REALTY PARTNERS LLC | § | Case No. 07-21626 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                 Claims Discharged
                                                                    Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BARRY A. CHATZ _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| UNITED STATES TREASURY | | | | | |
| NEW CENTURY BANK | | | | | |
| FRANK/GECKER LLP | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| FRANK/GECKER LLP | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | BRIGHT ELECTRICAL SUPPLY | | | | | |
| 000009 | CARD LLC | | | | | |
| 000010 | CITIBANK, N.A. | | | | | |
| 000003 | DUKE ENERGY/OHIO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FEDEX CUSTOMER INFORMATION SERVICE | | | | | |
| 000005 | FLORIDA POWER & LIGHT COMPANY | | | | | |
| 000007 | FLORIDA POWER & LIGHT COMPANY | | | | | |
| 000011 | JOHN THOMAS | | | | | |
| 000006 | KONE INC | | | | | |
| 000008 | MORGAN STREET PROPERTIES | | | | | |
| 000012 | STERLING PHOENIX DEV. VI | | | | | |
| 000004 | STRATEGIC ENERGY | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 07-21626 | WER | Judge: EUGENE R. WEDOFF |
|---|---|---|---|

Case Name:   CARNEGIE REALTY PARTNERS LLC

For Period Ending:  01/03/13

Trustee Name:   BARRY A. CHATZ
Date Filed (f) or Converted (c):   11/16/07 (f)
341(a) Meeting Date:   12/17/07
Claims Bar Date:   03/19/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 498.54 | 498.54 | | 0.00 | FA |
| New Century Bank - checking account | | | | | |
| 2. ACCOUNTS RECEIVABLE | 400,000.00 | 400,000.00 | | 0.00 | FA |
| Fees and commission from management company | | | | | |
| 3. OFFICE EQUIPMENT | 1,000.00 | 1,000.00 | | 0.00 | FA |
| general office equipment | | | | | |
| 4. LITIGATION (u) | 0.00 | 32,500.00 | | 36,250.00 | FA |
| 09-1179 vs. Ronald P. Fischetti (preference action) | | | | | |
| 5. LITIGATION (u) | 0.00 | 0.00 | | 3,750.00 | FA |
| 09-1178 vs. Jeffrey B. Steinback (preference action) | | | | | |
| 6. LITIGATION (u) | 0.00 | Unknown | | 25,000.00 | FA |
| 09-479 vs. Fifth Third Bank (fraudulent transfer) | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 33.16 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $401,498.54        $433,998.54        $65,033.16        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR HEARD 12/13/11; CHECKS CUT 12/14/11; WAITING FOR ALL CHECKS TO CLEAR TO PREPARE AND FILE TDR.

Initial Projected Date of Final Report (TFR): 06/30/09        Current Projected Date of Final Report (TFR): 12/31/11

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-21626 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|

Case Name: CARNEGIE REALTY PARTNERS LLC  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******0012 Money Market Account (Interest Earn

Taxpayer ID No: *******6116  
For Period Ending: 01/03/13

Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/17/09 | 5 | JOHN THOMAS | LITIGATION SETTLEMENT | 1241-000 | 3,750.00 | | 3,750.00 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 3,750.03 |
| 01/15/10 | 4 | RONALD P. FISCETTI, ATTY AT LAW | LITIGATION SETTLEMENT | 1241-000 | 32,500.00 | | 36,250.03 |
| 01/22/10 | 4 | JEFFREY B. STEINBACK, LLC | LITIGATION SETTLEMENT | 1241-000 | 3,750.00 | | 40,000.03 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 40,000.43 |
| 02/12/10 | 000301 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 39.13 | 39,961.30 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 39,962.22 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.02 | | 39,963.24 |
| 04/08/10 | 6 | FIFTH THIRD BANK | PREFERENCE/FRAUDULENT TRANSFER Bank Serial #: 000000 | 1241-000 | 25,000.00 | | 64,963.24 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.28 | | 64,965.52 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.75 | | 64,968.27 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.68 | | 64,970.95 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.75 | | 64,973.70 |
| 08/24/10 | | Transfer to Acct #*******6621 | Bank Funds Transfer | 9999-000 | | 1,780.00 | 63,193.70 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.75 | | 63,196.45 |
| 09/24/10 | 000302 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE RAIVS TEAM P.O. BOX 145500 STOP 2800F CINCINNATI, OH 25450 | EXPENSES FEIN 36-4576116 - FORM 4506 REQUEST FOR COPIES OF TAX RETURNS FILED BY CARNEGIE REALTY PARTNERS LLC | 2690-000 | | 171.00 | 63,025.45 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.60 | | 63,028.05 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.67 | | 63,030.72 |
| 11/15/10 | | UNITED STATES TREASURY | REFUND | 1290-000 | 171.00 | | 63,201.72 |

Page Subtotals 65,191.85   1,990.13

Ver: 17.00b

FORM 2                                                                                                                    Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-21626 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | CARNEGIE REALTY PARTNERS LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0012  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6116 | | |
| For Period Ending: | 01/03/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.60 | | 63,204.32 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.68 | | 63,207.00 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.68 | | 63,209.68 |
| 02/04/11 | 000303 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 54.50 | 63,155.18 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.48 | | 63,155.66 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.54 | | 63,156.20 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 63,156.71 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.54 | | 63,157.25 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.52 | | 63,157.77 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.53 | | 63,158.30 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.54 | | 63,158.84 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.52 | | 63,159.36 |
| 10/11/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 63,159.53 |
| 10/11/11 | | Transfer to Acct #*******6621 | Final Posting Transfer | 9999-000 | | 63,159.53 | 0.00 |

|  | COLUMN TOTALS | 65,204.16 | 65,204.16 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 64,939.53 | |
| | Subtotal | 65,204.16 | 264.63 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 65,204.16 | 264.63 | |

Page Subtotals                12.31          63,214.03

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 07-21626 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | CARNEGIE REALTY PARTNERS LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6621  BofA - Checking Account |
| Taxpayer ID No: | *******6116 | | | |
| For Period Ending: | 01/03/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/10 | | Transfer from Acct #*******0012 | Bank Funds Transfer | 9999-000 | 1,780.00 | | 1,780.00 |
| 08/24/10 | 003001 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE PER 6/22/10 COURT ORDER | 3210-000 | | 1,780.00 | 0.00 |
| 10/11/11 | | Transfer from Acct #*******0012 | Transfer In From MMA Account | 9999-000 | 63,159.53 | | 63,159.53 |
| 12/14/11 | 003002 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL  60606 | Chapter 7 Compensation/Expense | | | 6,622.47 | 56,537.06 |
| | | | Fees        6,501.66 | 2100-000 | | | |
| | | | Expenses        120.81 | 2200-000 | | | |
| 12/14/11 | 003003 | Frank/Gecker LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Attorney for Trustee Fees (Other Fi | | | 33,221.59 | 23,315.47 |
| | | | Fees        33,008.00 | 3210-000 | | | |
| | | | Expenses        213.59 | 3220-000 | | | |
| 12/14/11 | 003004 | POPOWCER KATTEN, LTD. 135 East Wacker Drive Suite 1550 Chicago, Illinois  60601-2124 | ACCOUNTANT FOR TRUSTEE | 3410-000 | | 971.00 | 22,344.47 |
| * 12/14/11 | 003005 | NEW CENTURY BANK | Superpriority Administrative Expens | 2990-803 | | 450.00 | 21,894.47 |
| 12/14/11 | 003006 | Fedex Customer Information Service Attn: Revenue Recovery/Bankruptcy 2005 Corporate Avenue, 2nd Floor Memphis , TN 38132 | Claim 000001, Payment 3.71343% | 7100-000 | | 200.65 | 21,693.82 |
| 12/14/11 | 003007 | Bright Electrical Supply | Claim 000002, Payment 3.71255% | 7100-000 | | 11.35 | 21,682.47 |

| | Page Subtotals | 64,939.53 | 43,257.06 |
|---|---|---|---|

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-21626 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | CARNEGIE REALTY PARTNERS LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6621  BofA - Checking Account |
| Taxpayer ID No: | *******6116 | | |
| For Period Ending: | 01/03/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 217 N. Western Avenue<br>Chicago, IL 60612 | | | | | |
| 12/14/11 | 003008 | Duke Energy/Ohio<br>Mary Taylor<br>Duke Energy<br>Po Box 960 EF 367<br>Cincinnati , OH 45273 - 9598 | Claim 000003, Payment 3.71351% | 7100-000 | | 8,282.16 | 13,400.31 |
| * 12/14/11 | 003009 | Strategic Energy<br>Two Gateway Center<br>10th Floor<br>Pittsburgh, PA 15222 | Claim 000004, Payment 3.71352% | 7100-003 | | 3,253.62 | 10,146.69 |
| 12/14/11 | 003010 | Florida Power & Light Company<br>Carnegie Realty Partners LLC<br>Po Box 025209<br>Miami , FL 33102 - 5209 | Claim 000005, Payment 3.71351% | 7100-000 | | 5,174.06 | 4,972.63 |
| 12/14/11 | 003011 | Kone Inc<br>Attn: Brian Stell<br>One Kone Court<br>Moline , IL 61285 | Claim 000006, Payment 3.71352% | 7100-000 | | 1,876.80 | 3,095.83 |
| 12/14/11 | 003012 | Citibank (South Dakota), N.A.<br>200 S.E. 1st Street Suite 504<br>Miami , FL 33131 | Claim 000010, Payment 3.71350% | 7100-000 | | 3,095.83 | 0.00 |
| 05/30/12 | 003013 | NEW CENTURY BANK | Superpriority Administrative Expens<br>REPLACES CHECK NO. 3005 | 2990-800 | | 450.00 | -450.00 |
| 05/30/12 | 003014 | CITIBANK, N.A.<br>200 SE 1ST STREET, SUITE 604<br>MIAMI, FL 33131 | UNSECURED CLAIM<br>REPLACES CHECK NO. 3009 | 7100-000 | | 3,253.62 | -3,703.62 |
| * 06/07/12 | 003005 | NEW CENTURY BANK | Superpriority Administrative Expens | 2990-803 | | -450.00 | -3,253.62 |
| * 06/07/12 | 003009 | Strategic Energy<br>Two Gateway Center | Claim 000004, Payment 3.71352% | 7100-003 | | -3,253.62 | 0.00 |

|  |  |  | Page Subtotals | | 0.00 | 21,682.47 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.00b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-21626 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | CARNEGIE REALTY PARTNERS LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6621  BofA - Checking Account |
| Taxpayer ID No: | *******6116 | | | |
| For Period Ending: | 01/03/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 10th Floor | | | | | |
| | | Pittsburgh, PA 15222 | | | | | |
| * 06/07/12 | 003015 | NEW CENTURY BANK | Superpriority Administrative Expens | 2990-803 | | 450.00 | -450.00 |
| * 06/07/12 | 003015 | NEW CENTURY BANK | Superpriority Administrative Expens | 2990-803 | | -450.00 | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 64,939.53 | 64,939.53 | 0.00 |
| | | Less:  Bank Transfers/CD's | | | 64,939.53 | 0.00 | |
| | | Subtotal | | | 0.00 | 64,939.53 | |
| | | Less:  Payments to Debtors | | | | 0.00 | |
| | | Net | | | 0.00 | 64,939.53 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Money Market Account (Interest Earn - *******0012 | 65,204.16 | 264.63 | 0.00 |
| | BofA - Checking Account - *******6621 | 0.00 | 64,939.53 | 0.00 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 65,204.16 | 65,204.16 | 0.00 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|

Ver: 17.00b